IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BOURGEOIS, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-13-1427
:
JOHN E. WETZEL, ET AL., : (Judge Brann)
:
    Respondents :

## **ORDER**

June 6, 2013

In accordance with the Court's Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

                BY THE COURT:

                s/Matthew W. Brann
                Matthew W. Brann
                United States District Judge